J. Mark Moore (SBN 180473)
 jmm@mllawyers.net
H. Scott Leviant (SBN 200834)
 hsl@mllawyers.net
**MOORE & LEVIANT LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (877) 360-7020
Facsimile: (310) 870-7020

Jeffrey K. Berns (SBN 131351)
 jberns@law111.com
Albert G. Lum (SBN 259053)
 alum@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (SBN 297834)
 lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINN PETTE, et al., | Case No.: CV 12-09324 DDP (VBKx) |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al., | **ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS JAMES T. CALLAHAN, BRIAN E. HICKEY, AND TERRANCE E. MCGOWAN TO DISMISS DEFENDANTS JAMES T. CALLAHAN, BRIAN E. HICKEY, AND TERRANCE E. MCGOWAN FROM THE ACTION** |
| Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The Court has received and reviewed the Stipulation entered into by and between all Plaintiffs and Defendants JAMES T. CALLAHAN, BRIAN E. HICKEY, and TERRANCE E. MCGOWAN ("Stipulating Defendants") to dismiss the Stipulating Defendants from this action. GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. All claims asserted by all Plaintiffs, in their individual capacities, against the Stipulating Defendants are dismissed with prejudice.
2. All class claims alleged on behalf of the putative class are dismissed against the Stipulating Defendants without prejudice.
3. The Parties to this Stipulation shall bear their own fees and costs as to the claims brought by Plaintiffs against the Stipulating Defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 17, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE