1  STEPHEN P. BERZON (SBN 46540)
2  JONATHAN WEISSGLASS (SBN 185008)
   STACEY M. LEYTON (SBN 203827)
3  ALTSHULER BERZON LLP
4  177 Post Street Suite 300
   San Francisco, CA 94108
5  Telephone:  (415) 421-7151
6  Facsimile:  (415) 362-8064
   sberzon@altshulerberzon.com
7  jweissglass@altshulerberzon.com
   sleyton@altshulerberzon.com
8

9  *Attorneys for Stipulating Defendants International*
10 *Union of Operating Engineers, James T. Callahan,*
   *Brian E. Hickey, William C. Waggoner, Patrick L.*
11 *Sink, Jerry Kalmar, Russell E. Burns, Rodger*
12 *Kaminska, James M. Sweeney, Robert T. Heenan,*
   *Daniel J. McGraw, Daren Konopaski,  Michael*
13 *Gallagher, Greg Lalevee, Terrance E. McGowan,*
14 *Louis G. Rasetta, Vincent Giblin, James Van Dyke,*
   *John T. Ahern, John M. Holliday, Kuba J. Brown,*
15 *Bruce Moffatt, James T. Kunz, Jr., James Zazzali,*
16 *and Michael R. Fanning*

17

18               **UNITED STATES DISTRICT COURT**

19             **CENTRAL DISTRICT OF CALIFORNIA**

20

21 | FINN PETTE, *et al.*, | No. CV 12-09324 DDP (VBKx) |
22 |                       Plaintiffs, | **STIPULATION RE: 54(B) JUDGMENT** |
23 |         v. | |
24 |    | |
25 | INTERNATIONAL UNION OF | |
   | OPERATING ENGINEERS, *et al.*, | |
26 |    | |
27 |                   Defendants. | |

28

TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between all Plaintiffs and by Defendants International Union of Operating Engineers, James T. Callahan, Brian E. Hickey, William C. Waggoner, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, Vincent Giblin, James Van Dyke, John T. Ahern, John M. Holliday, Kuba J. Brown, Bruce Moffatt, James T. Kunz, Jr., James Zazzali, and Michael R. Fanning ("Stipulating Defendants"). Plaintiffs and Stipulating Defendants (collectively, "the Parties") hereby stipulate and agree as follows:

1.    All claims asserted by Plaintiffs against Stipulating Defendants have been dismissed. *See* Dkt. 151 (court order granting dismissal of two claims with prejudice); Dkt. 187 (order pursuant to stipulation dismissing International Union of Operating Engineers, William C. Waggoner, James Van Dyke, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski,  Michael Gallagher, Greg Lalevee, Louis G. Rasetta, Vincent Giblin, James Van Dyke, John T. Ahern, John M. Holliday, Kuba J. Brown, Bruce Moffatt, James T. Kunz , Jr., James Zazzali, and Michael R. Fanning); Dkt. 193 (order pursuant to stipulation dismissing James T. Callahan, Brian E. Hickey and Terrance E. McGowan).

2.    Partial final judgment under Federal Rule of Civil Procedure 54(b) is appropriate in this matter because there are multiple parties involved, the claims against Stipulating Defendants have been finally resolved, and there is no just reason for delay. *See Noel v. Hall*, 568 F.3d 743, 745 (9th Cir. 2009) (FRCP 54(b) judgment appropriate when orders have "disposed of the case" as to defendants seeking 54(b) judgment, even when similar claims remained pending against other defendants); *Texico, Inc. v.*

1   *Ponsoldt*, 939 F.2d 794, 797 (9th Cir. 1991) ("Rule 54(b) certification is proper if it will

2   aid expeditious decision of the case.") (internal quotation marks and citation omitted).

3       3.     Based on the foregoing, Plaintiffs and Stipulating Defendants stipulate to

4   entry of partial final judgment under Federal Rule of Civil Procedure 54(b).

5       4.     Plaintiffs have agreed to waive the right to appeal the judgment in favor of

6   Stipulating Defendants.  Therefore, there is no risk of piecemeal appeals resulting from

7   the FRCP 54(b) judgment.

8       5.     Plaintiffs and Stipulating Defendants have each agreed to bear their own fees

9   and costs.

10      6.     The caption of this case should be modified so that the names of Stipulating

11  Defendants no longer appear, and so should hereinafter be *Finn Pette, et al. v. Paul*

12  *Bensi, et al*.

13

14      IT IS SO STIPULATED.

15

16  DATE: September 1, 2015            Respectfully submitted,

17                                     ALTSHULER BERZON LLP

18

19                                     By:   */s/ Stacey Leyton*
                                             Stacey Leyton

20

21                                     *Attorneys for Stipulating Defendants*

22

23  Dated: September 1, 2015           MOORE & LEVIANT LLP

24                                     By:   */s/H. Scott Leviant*
                                             H. Scott Leviant

25

26                                     *Attorneys for Plaintiffs*

27

28