STEPHEN P. BERZON (SBN 46540)
JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jweissglass@altshulerberzon.com
sleyton@altshulerberzon.com

*Attorneys for Stipulating Defendants International Union of Operating Engineers, James T. Callahan, Brian E. Hickey, William C. Waggoner, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, Vincent Giblin, James Van Dyke, John T. Ahern, John M. Holliday, Kuba J. Brown, Bruce Moffatt, James T. Kunz, Jr., James Zazzali, and Michael R. Fanning*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINN PETTE, *et al.*,<br><br>                     Plaintiffs,<br><br>       v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*,<br><br>                    Defendants. | No. CV 12-09324 DDP (VBKx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>**[NO JS-6]** |

1  Pursuant to Federal Rule of Civil Procedure 54(b), judgment is hereby entered in
2  favor of Defendants International Union of Operating Engineers, James T. Callahan,
3  Brian E. Hickey, William C. Waggoner, Patrick L. Sink, Jerry Kalmar, Russell E. Burns,
4  Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren
5  Konopaski,  Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta,
6  Vincent Giblin, James Van Dyke, John T. Ahern, John M. Holliday, Kuba J. Brown,
7  Bruce Moffatt, James T. Kunz, Jr., James Zazzali, and Michael R. Fanning.

Date: September 03, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE